IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: Marian Elizabeth Gardner CASE NO: 5:06-bk-11906 T
Chapter 13

_____

ORDER AUTHORIZING TRUSTEE
DISBURSEMENT TO DEBTOR
_____

Before the Court is the proposal of the Trustee to disburse funds to the Debtor. Upon consideration, the Court makes the following findings:

1. The Debtor filed a chapter 13 case on May 16, 2006 and proposed a plan of reorganization. The plan was completed on July 25, 2009.

2. Funds remain or have been received in the amount of $117.63 as a result of a Debtor or employer overpayment.

3. The Trustee is authorized to disburse these funds to the Debtor.

IT IS SO ORDERED.

Date: 08/11/2009  /s/ Richard D. Taylor

_____
Richard D. Taylor
U.S. Bankruptcy Judge

WR   {028 - Order to Disburse Funds}